**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Antonio Crawford,<br><br>    Plaintiff,<br><br>v.<br><br>Unknown Party, et al.,<br><br>    Defendants. | No. CV-22-00154-TUC-JCH<br><br>**ORDER** |

Before the Court is Plaintiff's unopposed "Motion to Compel Defendants to Release Names of BOP Policy Maker" (Doc. 38).

On July 1, 2022, the Court issued a screening order that gave Plaintiff 120 days to discover, by subpoena or otherwise, the actual name or names of the "FBOP Policymaker" listed in Plaintiff's Complaint. (Doc. 15 at 5.) On August 31, 2022, Plaintiff filed this Motion to Compel with an attached affidavit warranting that Plaintiff received the Court's blank subpoena form, filled it out, and mailed it to the U.S. Department of Justice Federal Bureau of Prisons Central Office in Washington D.C. (Doc. 38-1.)

Plaintiff's effort to serve the subpoena, while perhaps defective in some ways, shows good faith. The Court's screening order gave no instructions how to serve the subpoena, Plaintiff is incarcerated and could not do more than mail the subpoena out, and Plaintiff reasonably assumed the Federal Bureau of Prisons would have the name of the person who "created the Federal Bureau of Prisons policy called Transgender Offender Manual 5200.08, signed and approved by prior FBOP Director M.D. Carvajal." (Doc. 38 at 3.) The

Court also notes that Defendants chose not to respond to Plaintiff's motion or to oppose the requested relief. There is no indication Plaintiff has received a response to the subpoena.

For these reasons,

**IT IS ORDERED GRANTING** Plaintiff's Motion (Doc. 38).

**IT IS FURTHER ORDERED DIRECTING:**

(1) Defendants shall discover and provide Plaintiff with the name or names of the "FBOP Policymaker" described in Plaintiff's First Amended Complaint (Doc. 11), this Court's Screening Order (Doc. 15), and Plaintiff's Motion (Doc. 38). Defendants may file this information under seal but must provide this information to Plaintiff by **November 18, 2022**.

(2) Plaintiff is granted until **December 16, 2022** to file a "notice of substitution" providing Defendant "FBOP Policymaker's" actual name or names.

Dated this 24th day of October, 2022.

_____
Honorable John C. Hinderaker
United States District Judge