UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ANTONIO D. CRAWFORD,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　**Case No. 5:23-cv-80-TKW-MJF**

**MERRICK GARLAND,**

    **Defendant.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 85). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that Plaintiff's motion for a preliminary injunction should be denied. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's motion for a preliminary injunction (Doc. 74) is **DENIED**.

3. This case is recommitted to the magistrate judge for further proceedings.

**DONE and ORDERED** this 31st day of July, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**